IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JOSEPH RAYMOND FOLEY,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D21-2249
LT Case No. 2017-CF-0429-A

_____/

Decision filed August 2, 2022

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew R. McLain, of McLain Law,
P.A., Longwood, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.